UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEREMY TODD COOPER,

    Plaintiff,

v.                                                  Case No: 8:22-cv-1645-KKM-AAS

PASCO COUNTY, FLORIDA, et al.,

    Defendants.

_____

**AMENDED COMPLAINT**

Plaintiff, JEREMY TODD COOPER, alleges Defendant, EESTHER OLUYEMI, PASCO COUNTY BUILDING OFFICIAL, DEPRIVED Plaintiff of his civil rights.

**JURISDICTION**

The Basis for Jurisdiction is a Federal Question regarding 28 U.S.C. §1343.

**ARGUMENT**

Florida Statute 481.229(1)(b) states: "No person shall be required to qualify as an architect in order to make plans and specifications for or supervise the erection, enlargement, or altercation of: (b) Any one-family or two-family residence building,". Florida Statute 489.103(7)(a)1 exempts a person "When building or improving farm outbuildings or one-family or two-family residences on such property for the occupancy or use of such owners and not offered for sale or lease. The Plaintiff filed his application on March 2, 2021. Florida Statute

55.79(16) states: "a building permit for a single-family dwelling must be issued within 30 business days after receiving the permit application," The Defendant did not make contact with the Plaintiff until November 10, 2021 after being contacted by a news outlet. (See exhibits A-I) Florida Statute 55.79(16)(a) states: "If a local enforcement agency fails to issue a building permit for a single-family residential dwelling within 30 business days after receiving the permit application, it must reduce the building permit fee by 10 percent for each business day that it fails to meet the deadline." As late as November 2021 the Pasco County Checklist for Plan Submission (see exhibit J) made mention of Florida Statute relating to Architectural & Structural Plans. The Defendant has not presented any law or rule that supersedes Florida Statutes 481.229 and 489.103. The Plaintiff believes Defendant has deprived him of his civil rights by neglecting Florida Statues mentioned above. The Plaintiff feels that he is entitled to damages under 28U.S.C. § 1343.

## RELIEF

Plaintiff is seeking damages in the amount of $180,000, a fair and timely permit application process and permit discount. The Plaintiff is paying $2,352/month for a hotel for his 70 year old mother. Travel back to the property and food is more than $1000/month. Building supplies such as concrete and steel have doubled in price since March 2021. Plaintiff believes that he did everything legally required in a timely fashion to qualify for an owner builder permit and should be made whole.

Respectfully Submitted,

By, *[signature]*

Jeremy Todd Cooper
10140 Poplar Street
New Port Richey, Florida
34654
727 514-6247
getatoit@gmail.com